*February 27, 2017*

2017-Ohio-676.]

**2013–0536. State v. Spaulding.**
Summit C.P. No. CR 12 05 1508. On appellant's motion for appointment of counsel. Motion granted. Rachel Troutman is appointed to represent appellant for the purpose of filing an application to reopen his direct appeal pursuant to S.Ct.Prac.R. 11.06.

**2013–0915. State v. Cepec.**
Medina C.P. No. 10CR0588. On appellant's motion for appointment of counsel. Motion granted. Elizabeth Arrick is appointed to represent appellant for the purpose of filing an application to reopen his direct appeal pursuant to S.Ct.Prac.R. 11.06.

**2016–1326. Deems v. EcoWater Sys., Inc.**
Summit App. No. 27645, 2016-Ohio-5022. On review of court of appeals' decision filed by appellant. Appellant ordered to file complete copy of court of appeals' decision within three days of date of this entry.

**2016–1717. State ex rel. Griffin v. Myers.**
In Mandamus. On relator's "motion to move the court with two well established propositions of law, to end all litigation in petitioner's favor." Motion denied as moot.

**2015–2001. Cincinnati Bar Assn. v. Fernandez.**
On motion in response to show-cause order. Respondent has shown sufficient cause as to why he should not be found in contempt and suspended. Motion denied. Case certified to attorney general for collection so that respondent may enter into a payment plan and begin making payments.